39 A.3d 995

**Rodney WELLS, Petitioner**

v.

**COURT OF COMMON PLEAS FOR PHILADELPHIA COUNTY, Respondent.**

**No. 149 EM 2011.**

Supreme Court of Pennsylvania.

March 9, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of March, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**